IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN    DIVISION

Joshua Gulick

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Prime Healthcare

DBA (St. Mary's Medical Center)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 4:23-cv-314-SRB

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☑ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua Gulick |
| Street Address | 1402 SW Sunset St |
| City and County | Blue Springs, Jackson |
| State and Zip Code | Missouri 64015 |
| Telephone Number | 816-427-1070 |
| E-mail Address | Gulickjoshua04@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Prime Healthcare |
| Job or Title (if known) | |
| Street Address | 1000 Carondelet Dr |
| City and County | Kansas City, Jackson |
| State and Zip Code | Missouri, 64114 |
| Telephone Number | 816-942-4400 |
| E-mail Address (if known) | jahlbrandt@primehealthcare.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

|  | State and Zip Code | |
|--|--|--|
|  | Telephone Number | |
|  | E-mail Address (if known) | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| Name | Prime Healthcare DBA St.Mary's Medical Center |
|--|--|
| Street Address | 201 NW Vesper St |
| City and County | Blue Springs, Jackson |
| State and Zip Code | Missouri, 64015 |
| Telephone Number | 816-228-5900 |

## II. Cause of Action

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*: _____

☐ Missouri Human Rights Act, Missouri Revised Statute § 213.055
☐ Other state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

## III. Administrative Procedures

A. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes  Date filed: 03/13/2023
☐ No

***Attach copy of the charge to this Complaint***

B. Have you received a Notice of Right-to-Sue Letter from the Equal Employment Opportunity Commission?

☑ Yes  ☐ No

***If yes, please attach a copy of the letter to this Complaint.***

C. Did you file a charge of discrimination against Defendant(s) with the Missouri Commission on Human Rights?

☑ Yes  Date filed: 03/15/2023
☐ No

***Attach copy of the charge to this Complaint***

D. Have you received a Notice of Right-to-Sue Letter from the Missouri Human Rights Commission?

☑ Yes  ☐ No

***If yes, please attach a copy of the letter to this Complaint.***

E. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

☑ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## IV. Statement of Claim

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☑ Failure to promote me.
☐ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☑ Harassment/Hostile Work Environment
☑ Other acts *(specify)*: Beratement

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on the following date(s):

Please see attached

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☑ is/are not still committing these acts against me.