IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JOSHUA ISAAC GULICK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-cv-00314-SRB |
| PRIME HEALTHCARE d/b/a ST. MARY'S, MEDICAL CENTER, | ) |
| Defendant. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

As for the reasons stated in this Court's prior Order (Doc. #43), Defendant Prime Healthcare's ("Defendant") Motion to Confirm Arbitration Award (Doc. #42) is GRANTED, and the arbitration awards are CONFIRMED in their entirety. This case is DISMISSED.

February 3, 2025.   Paige Wymore-Wynn
Date   Clerk of Court

/s/ Tracey D. Peters
 (by) Deputy Clerk